**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORBEER ENTERPRISES, LP, a California company,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>THE OHIO CASUALTY INSURANCE COMPANY; and Does 1-25 inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-cv-05281-AB-RAO<br><br>**[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

Pursuant to stipulated protective order submitted by the parties to this action, IT IS HEREBY GRANTED.

IT IS SO ORDERED.

Dated: July 28, 2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. ROZELLA A. OLIVER
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE