# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORBEER ENTERPRISES, LP, a California company,<br><br>Plaintiff,<br><br>vs.<br><br>THE OHIO CASUALTY INSURANCE COMPANY, a foreign insurance company; and DOES 1 - 25, inclusive,<br><br>Defendants. | Case No.: 2:20-CV-05281-AB (RAOx)<br><br>[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

The stipulation is approved. The action, in its entirety and with respect to all parties, is hereby dismissed with prejudice.

**It is so ordered.**

Dated: October 5, 2021

_____
Honorable André Birotte Jr.
United States District Judge

- 1 -
[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE